IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                  4:11CR00155-01-WRW

SHALENE COLLEEN LOREY

## ORDER

Pending is the Government's Motion to Dismiss Indictment as to the defendant Shalene Colleen Lorey (doc #11). The Motion is GRANTED. The Indictment is dismissed as to the defendant, Shalene Colleen Lorey.

IT IS SO ORDERED this 14th day of September, 2011.

                                           /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE